**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TARGET CORPORATION, Civil No. 01-1527 (JRT/FLN)

Plaintiff,

v. **ORDER OF RECUSAL**

KMART CORPORATION,

Defendant.

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the ~~miscellaneous~~ master list of the automated case assignment system.

DATED: August 21, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Target Corporation

vs. 01-1527JMR/FLN

K-Mart Corporation

Pursuant to an Order of Recusal by Judge Tunheim, the above-entitled matter has been re-assigned to Judge James R. Rosenbaum. The Magistrate Judge remains the same. Please note the change in the judge's initials and refer to them when filing pleadings with the court.