253382

**District of Minnesota**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 01-1527 (JMR/~~FLN~~ AJB)

**Affidavit of Movant**

I, Alain M. Baudry, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Richard F. X. Urisko, an attorney admitted to practice in the Eastern District of Michigan, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( X ) defendant in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature on cover letter ✓
Signature

Date

Minnesota Attorney License Number: 186685

Law Firm Name and Address: Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center; 90 South Seventh Street
Minneapolis, MN 55402

Telephone: (612) 672-8200 Fax: (612) 672-8397

**Affidavit of Proposed Admittee**

I, Richard F. X. Urisko, am currently a member in good standing of the U.S. District Court for the Eastern District of Michigan, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Richard F. X. Urisko
Type/Print Name

Signature

10/24/01
Date

Attorney License Number: P35724

Law Firm Name and Address: Kmart Corporation
3100 West Big Beaver Road
Troy MI 48084-3163

Telephone: ( 248 ) 463-1000 Fax: (248 ) 463-1054

Case Number: 01-1527 (JMR/~~FLN~~ AJB) Judge Assigned: James M. Rosenbaum

Case Title: Target Corporation v. Kmart Corporation

Motion Granted:
For the Court, Francis E. Dosal, Clerk

NOV 02 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, MN 55101

12/97 33921.1

FILED NOV 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK