**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Target Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Kmart Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 01-1527 JMR/AJB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

The parties hereto, by and through their undersigned counsel of record, hereby STIPULATE and AGREE that:

1. The parties have settled the above action between them pursuant to the terms of a written Settlement Agreement.

2. The Court may dismiss plaintiff Target Corporation's Complaint against defendant Kmart Corporation with prejudice.

3. The Court may enter an Order based on this Stipulation without further notice to the parties.

FILED
RICHARD D. SLETTEN, CLERK DEC 7 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

STIPULATED AND AGREED TO BY:

Dated: December 3, 2001

FAEGRE & BENSON LLP

Calvin L. Litsey (#153746)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Plaintiff
Target Corporation

Dated: December 3, 2001

MASLON EDELMAN BORMAN & BRAND

Alain M. Baudry (# 186685)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

Attorneys for Defendant Kmart Corporation

**ORDER**

The foregoing Stipulation is hereby approved and IT IS ORDERED that Plaintiff Target Corporation's Complaint against defendant Kmart Corporation is hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 4th, 2001

James M. Rosenbaum
Chief Judge of U.S. District Court

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500